FILED
'06 JUN 22 A10:18
CLERK
U.S. DISTRICT COURT

In the United States District Court
Western District (Erie Division)

Edward Earl Thomas                     About case #
    Petitioner (Plaintiff)              1248 of 2003
    vs.                                 Civil No.
Commonwealth of PA.                     04-343 Erie
    Defendent (Respondent)

## Petition to Proceed in Pro Se

To the Honorable Judge of the above named Court; Susan Paradise Baxter

And now, the petitioner, Edward Earl Thomas, Pro Se, who respectfully represents the following:

(1) I, the Petitioner, acknowledges that I'm able to articulate to the court without counsel.

(2) I, the petitioner, has presented the facts to the court and hence that the court gratify, volitionally, freedom relief.

(3) I, the petitioner, is in servitude at the state correctional institution at the below address, and prays amnesty.

Therefore, I request that the court will please allow me to demonstrate the action and proceed to the court, in pro se, without payment of filing fees and cost.

Respectfully Submitted,
Mr. Edward Thomas #FP 1511
R.D. #10 Box 10
Greensburg, PA. 15601
June 20, 2006