NAME Edward Thomas
Number EP-1511
R.D. #10, Box 10
Greensburg, PA 15601

Inmate Mail
PA Dept Of Corrections



$ 00.39⁰ JUN 20 2006
MAILED FROM ZIP CODE 15601

Clerk's Office
United States District Court
P.O. Box 1820
Erie, PA. 16507

GBG

**RECEIVED**

**JUN 2 2 2006**

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Revised: 7/99