IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD EARL THOMAS,<br>    Petitioner, | )<br>)<br>) |
| vs. | )    Civil Action No. 04-343 ERIE<br>) |
| COMMONWEALTH OF PA<br>    Respondent. | )<br>)<br>) |

**ORDER**

    AND NOW this __23rd__ day of June, 2006, after consideration of the Petitioner's Motion to Proceed in Pro Se, which the Court construes as a Motion to Proceed In Forma Pauperis (Document No. 7)

    IT IS HEREBY ORDERED that the said motions is DENIED AS MOOT

    S/Sean J. McLaughlin
    Sean J. McLaughlin
    United States District Judge

cc: counsel/parties of record __NK__