

CA04-343E

Dear Mr. McLaughlin,
    I received the correspondence that was mailed July 5, 2006, with the papers that were dated (May) (July) 3, 2006. I'm sad and depressed to say that I didn't sign for any certified mail about a report and recommendation filed on April 13, 2006, and I don't have that. So please reconsider? I would appreciate a fair habeas corpus trial. When and if I can receive a fair habeas corpus trial, then me, and whoever is the judge at the present time, can articulate and distinguish matters more better. Other than that, I'm astonished and sad why the petition has been denied.

                                    Sincerely,
                                    Mr. Edward Thomas
                                    # FP-1511
                                    7/8/2006

RECEIVED

JUL 12 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

6/29/06

Dear Mr. McLaughlin,

I received your correspondence dated June 23, 2006. I'm curious about why I didn't receive anything about the judgement sooner? What reason why I've been denied? On the June 23, 2006 document, it states the case was closed May 3, 2006, I should have received something sooner.

Sincerely,
Mr. Edward Thomas

RECEIVED

JUL 0 3 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

EDWARD EARL THOMAS,                )
                                   )
            Petitioner,            )
                                   )    Civil Action No. 04-343 Erie
      v.                           )
                                   )
COMMONWEALTH OF PA.,               )
                                   )
            Respondent.            )

## MEMORANDUM ORDER

This habeas corpus action was received by the Clerk of Court on November 30, 2004, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [Doc. No. 5], filed on April 13, 2006, recommended that Petitioner's Petition [Doc. No. 1] be dismissed and that a certificate of appealability be denied. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Petitioner by certified mail and on Respondent. No objections were filed. After de novo review of the petition and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 3rd day of May, 2006;

IT IS HEREBY ORDERED that the Petitioner's Petition for Writ of Habeas Corpus is DISMISSED and a certificate of appealability is DENIED.

The Report and Recommendation [Doc. No. 5] of Magistrate Judge Baxter, filed on April 13, 2006, is adopted as the opinion of the Court.

s/    Sean J. McLaughlin
United States District Judge

cm:    All parties of record
Susan Paradise Baxter, U.S. Magistrate Judge



Inmate Mail
PA Dept Of Corrections

UNITED STATES POSTAGE
PITNEY BOWES
$ 00.39⁰
02 1A
0004335344    JUN 29 2006
MAILED FROM ZIP CODE 15601

GBG

U.S. District Clerk office (western)
17 South Park Row
Erie, PA, 16501

RECEIVED
JUL 0 3 2006
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

NAME Edward Thomas
Number FP-1511
R.D. #10, Box 10
Greensburg, PA 15601

7/99

**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF PENNSYLVANIA
SEAN J. McLAUGHLIN
JUDGE
U.S. COURTHOUSE, ROOM A250
17 SOUTH PARK ROW
ERIE, PA 16501

OFFICIAL BUSINESS



ERIE PA 165

05 JUL 2006   PM

$00.390
07/05/2006
Mailed From 16501
US POSTAGE

EDWARD EARL THOMAS
FP-1511
SCI Greensburg
R.D. 10
Box 10
Greensburg, PA 15601

N2S



15601+8333

NAME Edward Thomas

Number FP-1511

R.D. #10, Box 10
Greensburg, PA 15601

d: 7/99

Inmate Mail
PA Dept Of Corrections



UNITED STATES POSTAGE
PITNEY BOWES

$ 00.39⁰

02 1A
0004335344    JUL 10 2006
MAILED FROM ZIP CODE 15601

(Erie Division)
U.S. Western District Clerk Office
17 South Park Row
Erie, PA. 16501

GBG

I object!