IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD EARL THOMAS )<br>    Plaintiff, )<br> )<br>V )<br> )<br>COMMONWEALTH OF PA, )<br>    Defendant ) | Civil Action No. 04-343 Erie |

### ORDER

AND NOW, this  21st  day of    July   , 2006, the Plaintiff having filed a Letter to the Court, that the Court construes as a Motion to Reopen Case (Document No. 9)

IT IS HEREBY ORDERED that said motion is GRANTED, the Clerk of Courts is directed to reopen this case

IT IS FURTHER ORDERED that the Plaintiff shall on or before August 4, 2006 file his objections to the Magistrate Judge's Report and Recommendation.

  s/Sean J. McLaughlin
Sean J. McLaughlin
United States District Judge

cc: Edward Thomas, Certified Mail
   FP 1511
   RD #10 Box 10
   Greensburg, PA 15601