CA 04-343 E

To: Mr. Sean McLaughlin

I received your correspondence July 25, 2006. I have questions for you about what I received in the mail. Did you, or didn't you send me an order (ORDER) saying the following?:

IT IS HEREBY ORDERED that said motion is GRANTED, the Clerk of Courts is directed to reopen this case

The ORDER also says the following:
IT IS FURTHER ORDERED that the Plaintiff shall on or before August 4, 2006 file his objections to the Magistrate Judge's Report and Recommendation.

Why did you (FURTHER ORDERED) that I file objections, if you said that the said motion is GRANTED, as said up above?

Sincerely,
Mr. Edward Thomas
SCI Greensburg
July 25, 2006

RECEIVED
JUL 28 2006
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA



NAME Edward Thomas
Number FP-1511
R.D. #10, Box 10
Greensburg, PA 15601

Revised: 7/99

Inmate Mail
PA Dept Of Corrections

Clerk of Courts
U.S. District Court (Western PA)
Erie Division
17 South Park Row
Erie, PA. 16501

RECEIVED
JUL 28 2006
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

02 1A
0004335344
MAILED FROM ZIP CODE 15601
$ 00.39⁰
JUL 26 2006
PITNEY BOWES
UNITED STATES POSTAGE