In The United States District Court
For the Western District of Pennsylvania

Edward Earl Thomas
Plaintiff
V
Commonwealth of PA.
Defendant

Civil Action No.
04-343-Erie

RECEIVED
AUG 07 2006
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Dear Court,

I received a correspondence on July 25, 2006 about a July 21, 2006 letter, that was sent from Mr. Sean McLaughlin from 17 South Park Row — Erie, PA. 16501. I've sent a letter that was dated July 25, 2006 there, that had questions about the case. I didn't receive a response before the mentioned August 4, 2006 ending period. To be on the safe side, I request that the court don't deny any request that I stated on the habeas corpus form. I acknowledge the information on the habeas corpus form is true from the best of my knowledge. For those reasons, I request that the court look over the habeas corpus form, so that a certificate of appealability please be approved.

FILED
'06 AUG -7 PM 2:46
CLERK
U.S. DISTRICT COURT

Sincerely,
Mr. Edward Thomas
August 3, 2006

NAME Edward Thomas
Number FP-1511
R.D. #10, Box 10
Greensburg, PA 15601

**Inmate Mail**
**PA Dept Of Corrections**






United States District Court
Western District of PA.
Clerk of Courts
17 South Park Row
Erie, PA. 16501

RECEIVED
AUG 07 2006
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA




16501+1155 C021

Revised: 7/99