IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD EARL THOMAS, )<br>   Petitioner, )<br>     )<br> vs. )<br>     )<br>COMMONWEALTH OF PA, et al., )<br>   Respondents. )<br>     ) | Civil Action No. 04-343 ERIE |

**ORDER**

  AND NOW this __8th__ day of August, 2006, after de novo review of the Magistrate Judge's Report and Recommendation and the Petitioner's Objections thereto;

  IT IS HEREBY ORDERED that the objections are DENIED

  IT IS FURTHER ORDERED that the Magistrate Judge's Report and Recommendation of April 13, 2006 is adopted and that the Court's Order dated May 3, 2006 be and is hereby AFFIRMED.

              S/Sean J. McLaughlin
              Sean J. McLaughlin
              United States District Judge

cc: counsel/parties of record __NK__