In the United States District Court
Western District    (Erie Division)

Edward Earl Thomas
Plaintiff

vs.

Commonwealth of PA.
Defendent (Respondent)

About case #
1248 of 2003

Civil No.
04-343 Erie

FILED
JAN 30 2007
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

RECEIVED
JAN 2 6 2007

Petition to Proceed in Pro Se

To the Honorable Judge of the above named Court: Susan Paradise Baxter

And now, the petitioner, Edward Earl Thomas, Pro Se, who respectfully represents the following:

(1) I, the petitioner, acknowledges that I'm able to articulate to the court without counsel.

(2) I, the petitioner, has presented the facts to the court and hence that the court gratify, volitionally, freedom relief.

Received In Supreme Court

JAN 2 5 2007

Middle

(3) I, the petitioner, is in servitude at
the State correctional institution
at the below address, and prays amnesty.

Therefore, I request that the court will
allow me to demonstrate the action and
and proceed to the court, in pro se, without
payment of filing fees and cost.

Respectfully Submitted,
Mr. Edward Thomas # FP-1511
R.D. #10 Box 10
Greensburg, PA. 15601
June 20, 2006

Supreme Court of Pennsylvania
To: Clerk

Edward Thomas
FP-1511, SCI Coal Township
1 Kelley Drive
Coal Township, PA 17866-1021

Dear Clerk,
        As you notice on your correspondence,—the other
dated January 18, 2007 with this was received. Please
be aware that the filings pertaining to the habeas
corpus was already filed in the Western District.
Some paperwork was sent to you from there. There were
2 other papers with my letter dated January 12, 2007;
(1) Supreme Court response and the (1) U.S. Dept. of Justice
you mentioned. Here enclosed with this is my handwritten
copy of a procedure that was mailed back from that
embassy. What more does it take to be courted in
front of a Supreme Court Judge?
        Have a splendid day!

                                        January 21, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

EDWARD EARL THOMAS,            )
      Petitioner,              )
                               )
         vs.                     ) C.A. No. 04-343 ERIE
                               )
COMMONWEALTH OF PENNSYLVANIA,  )
      Respondent.              )

RULE AND ORDER

AND NOW, this 8th day of December, 2004, after Edward Earl Thomas presented a

petition for a writ of habeas corpus,

IT IS ORDERED that the United States Marshal shall make service of this order,

together with a copy of the petition, upon the Respondent, the District Attorney of Erie County,

and the Attorney General of the Commonwealth of Pennsylvania.

IT IS FURTHER ORDERED that within twenty days of service of this order, the

respondent, and the District Attorney of Erie County, Pennsylvania shall respond to the

allegations of the petition for writ of habeas corpus. The District Attorney shall address all of the

following 1) the statute of limitations, 28 U.S.C. § 2254(d)(1)-(2); [1] 2) the exhaustion of state

court remedies as required by 28 U.S.C. §§ 2254(b) and Picard v. Connor, 404 U.S. 270 (1971);

Rose v. Lundy, 455 U.S. 509 (1982); United States ex. rel. Trantino v. Hatrack, 563 F.2d 86 (3d

Cir. 1977); Zicarelli v. Gray, 543 F.2d 466 (3d Cir. 1976), with respect to each claim raised by

---

1. If Respondents are certain that AEDPA's Statute of Limitations does not apply, they need not
address this issue. However, failure to address this issue may result in waiver of this defense.

the Petitioner and, if appropriate, whether any of the claims were procedurally defaulted, and 3)

the merits of the petition. The answer shall comply with Rule 5 of the Rules Governing Section

2254 cases in the United States District Courts  The District Attorney shall furnish this court with

the state court records, including all transcripts, all briefs filed by the Petitioner, and all written

opinions of the state courts/agencies as well as certified copies of the docket sheets of all the state

courts/agencies involved.

        IT IS FURTHER ORDERED that the parties are allowed ten (10) days from this date

to appeal this order to a district judge pursuant to Rule 72.1.3(B) of the Local Rules for

Magistrates. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.


                            SUSAN PARADISE BAXTER
                            United States Magistrate Judge


cc:      Edward Earl Thomas   FP-1511
        SCI Greensburg
        R.D. #10, Box 10
        **Greensburg, PA   15601**

        District Attorney of Erie County
        Attorney General of Pennsylvania

AO 72
(Rev. 8.82)