

Name: Edward Thomas
Number: EP-1511
1 Kelley Drive
Coal Township, PA 17866-1021

Clerk of Courts
434 Main Capitol Building
P.O. Box 624
Harrisburg, Pennsylvania 17108

Received in Supreme Court
JAN 25 2007
Middle