IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD EARL THOMAS, | ) | |
|     Petitioner, | ) | |
| | ) | |
| V. | ) | Civil Action No. 04-343 E |
| COMMONWEALTH OF PA, | ) | |
|     Respondent. | ) | |

ORDER

_____AND NOW, this 31st day of January, 2007, the Petitioner having filed a Motion to Proceed Pro Se (Document No. 15)

IT IS HEREBY ORDERED that the said motion is DENIED AS MOOT

S/Sean J. McLaughlin
Sean J. McLaughlin
United States District Judge

cc: all parties of record.nmk